FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IAN TANSLEY, | NO. 4:16-cv-05143-SAB |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| | **STIPULATED MOTION FOR** |
| ROBERT "BUSTER" BARTON, | **DISMISSAL** |
| individually; NICOLA BARTON, | |
| individually; ROE CORPORATIONS 2 | |
| through 5; and DOES 6 through 10, | |
| inclusive, | |
| Defendants. | |

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 28. The parties represent that this case has resulted in a binding settlement agreement and stipulate that the Court dismiss the above-entitled action with prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court grants the motion and dismisses this case.

//

//

//

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** + 1

1      Accordingly, **IT IS HEREBY ORDERED:**

2      1. The parties' Motion for Dismissal, ECF No. 28, is **GRANTED**.

3      2. The above-entitled action is **dismissed with prejudice** and without costs

4 or attorneys' fees to any party.

5      3. Any pending motions are **dismissed as moot**.

6      4. All trial dates and deadlines are **stricken**.

7      **IT IS SO ORDERED.** The District Court Executive is hereby directed to

8 file this Order, provide copies to counsel, and **close** the file.

9      Dated this 16th day of January 2018.

10

11

12

13

14



15                   Stanley A. Bastian

16              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** + 2